William A. TACCINO, Plaintiff–Appellant,

v.

UNITED STATES of America; United States Postal Service; John Potter, Postmaster General; Department of Justice, Defendants–Appellees,

and

Office of the President of the United States; George Bush, President of the United States; John Ashcroft, United States Attorney General; Office of the Vice President of the United States; Dick Cheney, Vice President of the United States; Department of Homeland Security; Tom Ridge, Secretary, Defendants.

No. 04–1077.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2004.

Decided: Aug. 2, 2004.

William A. Taccino, Appellant pro se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Taccino seeks to appeal the district court's order dismissing his civil complaint with respect to some Defendants and granting Taccino twenty days to amend his complaint with respect to the remaining Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Taccino seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument be-

cause the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*